UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IDAN COMPUTER, LTD.,

                         Plaintiff,                      **ORDER**

          -against-                                      CV 09-4849(SJF)(ARL)

INTELEPIX, LLC,

                         Defendant.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter application dated December 2, 2010, requesting that the court order the defendant to immediately produce its source code in the form and on terms as required by the Intelligence Group. Defendant opposes the application on the grounds that it is unauthorized to reproduce or file this documentation based on documentation from the United States Government attesting to the Intelepix security classification, and proposes that it submit the documentation regarding the Intelepix security classification to the undersigned for *in camera* review.

      Defendant is directed to submit for an *in camera* review the documentation regarding the Intelepix security classification. To the extent that any of the documents with respect to Intelepix software exist in non-classified form, the court directs that such documents be produced in accordance with the protective order entered in this action.

Dated:  Central Islip, New York                      **SO ORDERED:**
          December 14, 2010

                                                        _____/s/_____
                                                        ARLENE R. LINDSAY
                                                        United States Magistrate Judge